IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOLITA MICKLE, as Next Best Friend of D.M., a minor )<br><br>Plaintiff, )<br>)<br>v. )<br>)<br>ANGELO M. BRECKINRIDGE, *et al*. )<br>)<br>Defendants. ) | Civil Action No. _____ |

**DEFENDANT GILMORE KEAN LLC'S DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to F.R.C.P. 7.1 and LCvR 7.1, I, undersigned counsel of record for Defendant Gilmore Kean LLC, hereby certify that to the best of my knowledge and belief Defendant Gilmore Kean LLC does not have any parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

Respectfully submitted,

_____
David W. Goewey  (D.C. Bar No. 414257)
Kenneth S. Slaughter  (D.C. Bar No. 245217)
Brian M. Hudson  (D.C. Bar No. 472358)
VENABLE LLP
575 7th Street, N.W.
Washington, D.C.  20004
Telephone:  (202) 344-4000
Facsimile:  (202) 344-8300

*Counsel for Defendants
David Gilmore and Gilmore Kean LLC*

Date:  December 27, 2006

#230379v2/DC1