# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LOLITA MICKLE, as Next Best Friend of D.M., a minor** | ) )  ) |
| **Plaintiff,** | ) ) |
| v. | ) Civil Action No. 06-2238 (PLF) ) ) |
| **ANGELO M. BRECKINRIDGE,** *et al*. | ) ) |
| **Defendants.** | ) ) |

## CONSENT MOTION FOR AN EXTENSION OF TIME IN WHICH DEFENDANT GILMORE KEAN LLC MAY ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant Gilmore Kean LLC ("Defendant Gilmore Kean"), with the consent of the Plaintiff Lolita Mickle ("Plaintiff"), respectfully moves this Court for an extension of the time in which Defendant Gilmore Kean may file its initial response to Plaintiff's Complaint through and including January 18, 2007.[1]  As grounds for this motion, Defendant Gilmore Kean submits as follows:

1. The instant matter was removed to this Court on December 27, 2006.

2. Undersigned counsel for Defendant Gilmore Kean and Defendant David Gilmore have recently been retained in this matter, and the proposed extension will allow Defendant Gilmore Kean sufficient time to prepare a full and accurate response.

3. Counsel for Plaintiff has consented to this Motion.

4. The requested extension will not unduly delay this matter, nor will it prejudice any party.

---

[1] Defendant David Gilmore has not been properly served with process and has not waived service, and therefore is not presently required to file any responsive pleading.  See Fed.R.Civ.P. 81(c); see also Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc., 526 U.S. 344, 355 (1999).

#230447/DC1

WHEREFORE, for the reasons set forth above, Defendant Gilmore Kean respectfully requests an extension of the time in which Defendant Gilmore Kean may file its initial response to Plaintiff's Complaint, until January 18, 2007. A proposed Order is attached.

Respectfully submitted,

_____
Brian M. Hudson  (D.C. Bar No. 472358)

    */s/  Kenneth S. Slaughter*
Kenneth S. Slaughter  (D.C. Bar No. 245217)

    */s/  David W. Goewey*
David W. Goewey  (D.C. Bar No. 414257)

VENABLE LLP
575 7th Street, N.W.
Washington, D.C.  20004
Telephone:  (202) 344-4000
Facsimile:  (202) 344-8300


Stephen A. Horvath  (D.C. Bar No. 417137)
TRICHILO, BANCROFT, MCGAVIN,
HORVATH & JUDKINS, P.C.
3920 University Drive
P.O. Box 22
Fairfax, VA  22038
Telephone:  (703) 385-1000
Facsimile:   (703) 385-1555

*Counsel for Defendants*
*David Gilmore and Gilmore Kean LLC*

Date:   December 29, 2006

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of December 2006, a true and complete copy of the foregoing *Consent Motion for an Extension of Time in Which Defendant Gilmore Kean LLC May Answer or Otherwise Respond to Plaintiff's Complaint and proposed Order* was served by first-class mail, postage pre-paid, on the following:

Donald M. Temple, Esquire
Johnnie D. Bond, Jr., Esquire
DONALD M. TEMPLE, P.C.
1229 15th St., NW
Washington, D.C. 20005

*Counsel for Plaintiff*

Tim Reid
825 North Capitol Street, N.E.
Washington, D.C. 20002

*Defendant, pro se*

Angelo M. Breckinridge
825 North Capitol Street, N.E.
Washington, D.C. 20002

*Defendant, pro se*

Office of the Attorney General
441 4th Street, N.W.
Washington, D.C. 20001

*Counsel for Defendant District of Columbia*

_____
Teresa E. Huguley

#230447/DC1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LOLITA MICKLE, as Next Best Friend of D.M., a minor** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**ANGELO M. BRECKINRIDGE,** *et al.* )<br>)<br>**Defendants.** ) | **Civil Action No. 06-2238 (PLF)** |

**[PROPOSED] ORDER**

Upon consideration of the *Consent Motion For an Extension of Time Within Which Defendant Gilmore Kean LLC May Answer or Otherwise Respond to Plaintiff's Complaint*, and any opposition and reply relating thereto, and the record of this case, it is hereby:

**ORDERED** that the Consent Motion is GRANTED; and it is

**FURTHER ORDERED** that Defendant Gilmore Kean LLC may file its initial response to Plaintiff's Complaint on or before January 18, 2007.

**IT IS SO ORDERED**, this _____ day of _____ 20_____.

_____
The Honorable Paul L. Friedman
UNITED STATES DISTRICT JUDGE

#230448/DC1

-2-

**copies to:**

Brian M. Hudson, Esquire
David W. Goewey, Esquire
Kenneth S. Slaughter, Esquire
VENABLE LLP
575 7th Street, N.W.
Washington, D.C.  20004


Stephen A. Horvath, Esquire
TRICHILO, BANCROFT, MCGAVIN,
HORVATH & JUDKINS, P.C.
3920 University Drive, P.O. Box 22
Fairfax, VA  22038


Donald M. Temple, Esquire
Johnnie D. Bond, Jr., Esquire
DONALD M. TEMPLE, P.C.
1229 15th St., NW
Washington, D.C.  20005


Angelo M. Breckinridge
825 North Capitol Street, N.E.
Washington, D.C.  20002


Tim Reid
825 North Capitol Street, N.E.
Washington, D.C.  20002


Office of the Attorney General
441 4th Street, N.W.
Washington, D.C.  20001