IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOLITA MICKLE, as Next Best Friend of D.M., a minor<br><br>Plaintiff,<br><br>v.<br><br>ANGELO M. BRECKINRIDGE, et al.<br><br>Defendants. | Civil Action No. 06-2238 (PLF) |

## NOTICE TO THE COURT OF SUBSTITUTION OF COUNSEL

Pursuant to Local Civil Rule 83.6(a), please enter the appearance of Stephen A. Horvath (D.C. Bar No. 417137), and the firm of Trichilo, Bancroft, McGavin, Horvath & Judkins, P.C., 3920 University Drive, P.O. Box 22, Fairfax, VA 22038 (Tel: 703-385-1000; Fax: 703-385-1555), as counsel on behalf of Defendants Gilmore Kean LLC and David Gilmore in this matter. Mr. Horvath is admitted to appear before this Court.

Further, pursuant to Local Civil Rule 83.6(b), please withdraw the appearance of David W. Goewey, Kenneth S. Slaughter and Brian M. Hudson, and the firm of Venable LLP, 575 7th Street, NW, Washington, DC 20004 (Tel: 202-344-4000; Fax: 202-344-8300), as counsel for Defendants Gilmore Kean LLC and David Gilmore in this matter.

Respectfully submitted,

Date: January 17, 2007

_____
Stephen A. Horvath (D.C. Bar No. 417137)
TRICHILO, BANCROFT, MCGAVIN,
HORVATH & JUDKINS, P.C.
3920 University Drive
P.O. Box 22

Fairfax, VA 22038
Telephone: (703) 385-1000
Facsimile: (703) 385-1555

*Counsel for Defendants*
*David Gilmore and Gilmore Kean LLC*

_____
David Gilmore, on behalf of himself
and on behalf of Gilmore Kean LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ⟨17th⟩ day of January, 2007, a true and complete copy of the foregoing *Notice to the Court of Substitution of Counsel* was served by first-class mail, postage pre-paid, on the following:

Donald M. Temple, Esquire
Johnnie D. Bond, Jr., Esquire
DONALD M. TEMPLE, P.C.
1229 15th St., NW
Washington, D.C. 20005

*Counsel for Plaintiff*

Tim Reid
825 North Capitol Street, N.E.
Washington, D.C. 20002

*Defendant, pro se*

David W. Goewey
Kenneth S. Slaughter
Brian M. Hudson
VENABLE LLP
575 7th Street, NW
Washington, DC 20004

Angelo M. Breckinridge
825 North Capitol Street, N.E.
Washington, D.C. 20002

*Defendant, pro se*

Office of the Attorney General
441 4th Street, N.W.
Washington, D.C. 20001

*Counsel for Defendant District of Columbia*

#230447/DC1