IN THE UNITED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LOLITA MICKLE, as Next Best
Friend of D.M., a Minor

    Plaintiff,

v.                                Case No. 1:06 cv 2238-RBW.

ANGELO BRECKINRIDGE, et.al.

    Defendants.
_____/

**CERTIFICATION REQUIRED BY LC v. R 7.1 of the Local Rules**
**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned counsel of record for Gilmore Kean, L.L.C., certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Gilmore Kean, L.L.C. which have any outstanding securities in the hands of the public. These representations are made in order that the judges of this Court may determine a need for recusal.

                                            Respectfully submitted,

                                            **GILMORE KEAN, L.L.C.**
                                            **DAVID GILMORE**
                                            By Counsel

TRICHILO, BANCROFT, McGAVIN,
HORVATH & JUDKINS, P.C

_____
Stephen A. Horvath, Esquire
D.C. Bar No. 417137
Dawn E. Boyce, Esquire
D.C. Bar No. 4400103920 University Drive

Fairfax, Virginia 22030
Phone: (703) 385-1000;
Fax: (703) 385-1555
*Counsel for Defendants, Gilmore Kean, L.L.C. and
David Gilmore*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served electronically on the 30th day of January, 2007 to:

Donald M. Temple, Esquire
Donald M. Temple, P.C.
1229 15th Street, NW
Washington, D.C. 2005
*Counsel for Plaintiff*

Angelo Breckinridge
825 North Capitol Street, NE
Washington, D.C. 20002
*Defendant*

Tim Reid
825 North Capitol Street, NE
Washington, D.C. 20002
*Defendant*

Jane Doe
825 North Capitol Street, NE
Washington, D.C.
*Defendant*

The District of Columbia
c/o The Corporation Counsel
441 Fourth Street, NW, Suite 1060 N
Washington, D.C. 20001-2700
*Defendant*

_____
Stephen A. Horvath