IN THE UNITED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LOLITA MICKLE, as Next Best
Friend of D.M., a Minor

       Plaintiff,

  v.

ANGELO BRECKINRIDGE, *et.al.*

       Defendants.

_____/

Civil Action No. 06 CV 2238 RBW

### RULE 41 STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW, the plaintiff, Lolita Mickle, as Next Best Friend of DM, a Minor,

and the defendants, Gilmore Kean, LLC and David Gilmore, and pursuant to Rule

41, hereby stipulate to the dismissal with prejudice of Gilmore Kean, LLC and David

Gilmore.

Stephen A. Horvath, Esquire
D.C. Bar No. 417137
Trichilo, Bancroft, McGavin,
Horvath & Judkins, P.C
3920 University Drive
Fairfax, Virginia 22030
Phone: (703) 385-1000;
Fax: (703) 385-1555
*Counsel for Defendants, Gilmore Kean, L.L.C. and*
*David Gilmore*

_____
Donald M. Temple, Esquire
Donald M. Temple, P.C.
1229 15th Street, NW
Washington, D.C.  2005
*Counsel for Plaintiff*

_____
Johnie D. Bond, Jr., Esquire
Bond Law Firm, PLLC
1424 K Street, NW
Suite 660
Washington, D.C.  20005
*Counsel for Plaintiff*

2

TRICHILO, BANCROFT, McGAVIN, HORVATH & JUDKINS, P.C.
3920 UNIVERSITY DRIVE  •  FAIRFAX, VIRGINIA 22030-2514  •  (703) 385-1000  •  FAX (703) 385-1555