IN THE UNITED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LOLITA MICKLE, as Next Best
Friend of D.M., a Minor

       Plaintiff,

    v.                                 Civil Action No. 06 CV 2238 RBW

ANGELO BRECKINRIDGE, *et.al.*

       Defendants.

_____/

## CONSENT MOTION TO REMAND TO SUPERIOR COURT

COMES NOW, Lolita Mickle, as Next Friend of DM, a Minor, by counsel, and with the consent of Gilmore Kean, LLC and David Gilmore and hereby moves this Honorable Court to remand this case from the United States District Court for the District of Columbia to the Superior Court for the District of Columbia, and in support thereof, states the following:

1.      This matter was initially filed in the Superior Court of the District of Columbia

2.      Notice of Removal was filed by David Gilmore and Gilmore Kean, LLC on the basis that this Court had jurisdiction by reason of David Gilmore'a appointment as Transportation Administrator for the District of Columbia Public Schools in the case of *Petties v. D.C., et.al.*, Civil Action No. 95-0148 (PLF).

TRICHILO, BANCROFT, McGAVIN, HORVATH & JUDKINS, P.C.
3920 UNIVERSITY DRIVE • FAIRFAX, VIRGINIA 22030-2514 • (703) 385-1000 • FAX (703) 385-1555

3.      The defendants, David Gilmore and Gilmore Kean, LLC have

now been dismissed, with prejudice, by agreement of counsel, and as a result, this

Court no longer has an independent basis for subject matter jurisdiction.

4.      The case should now be remanded to the Superior Court for

the District of Columbia.

Respectfully submitted,

**LOLITA MICKLE, as
NEXT FRIEND OF DM, A MINOR**

BOND LAW FIRM, PLLC

Johnie D. Bond, Jr., Esquire
Bond Law Firm, PLLC
1424 K Street, NW
Suite 660
Washington, D.C.  20005
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June, 2007 a true copy of
the foregoing **Consent Motion** was served electronically to the following:

Donald M. Temple, Esquire
Donald M. Temple, P.C.
1229 15th Street, NW
Washington, D.C.  2005
*Counsel for Plaintiff*

2

Stephen A. Horvath, Esquire
D.C. Bar No. 417137
Trichilo, Bancroft, McGavin,
Horvath & Judkins, P.C.
3920 University Drive
Fairfax, Virginia 22030
*Counsel for Defendants, Gilmore Kean, L.L.C. and
David Gilmore*


Johnie D. Bond, Jr.

3

IN THE UNITED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LOLITA MICKLE, as Next Best
Friend of D.M., a Minor

     Plaintiff,

v.                                                                    Civil Action No. 06 CV 2238 RBW

ANGELO BRECKINRIDGE, *et.al.*

and

     Defendants.
_____/

## O R D E R

     UPON CONSIDERATION of the Consent Motion to Remand this case from the United States District Court for the District of Columbia to the Superior Court for the District of Columbia, and

     IT APPEARING to the Court that the Court no longer has a basis for subject matter jurisdiction, it is hereby on this _____ day of _____, 2007

     ADJUDGED AND ORDERED that this matter be and the same hereby is remanded to the Superior Court for the District of Columbia.

_____
Judge

Copies to:

Stephen A. Horvath, Esquire
Trichilo, Bancroft, McGavin,
Horvath and Judkins, P.C.
3920 University Drive
Fairfax, Virginia 22030
*Counsel for Defendants, Gilmore Kean, L.L.C. and
David Gilmore*

Donald M. Temple, Esquire
Donald M. Temple, P.C.
1229 15th Street, NW
Washington, D.C.  2005
*Counsel for Plaintiff*

Johnie D. Bond, Jr., Esquire
Bond Law Firm, PLLC
1424 K Street, NW
Suite 660
Washington, D.C.  20005
*Counsel for Plaintiff*

2